# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00616-CV

**Texas Alcoholic Beverage Commission, Chairman John Steen; Members Jose Cuevas and Steven M. Weinberg M.D., In Their Official Capacities; and Alan Steen, Adminstrator of The Texas Alcoholic Beverage Commission, et al. Appellants**

**v.**

**Illusions-Dallas Private Club, a Not-For-Profit Texas Corporation d/b/a Rick's Cabaret; Hotel Development Texas Ltd., a Texas Limited Liability Company; The Silver City Club, and Unincorporated Membership Organization; and Green Star, Inc., et al., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT NO. D-1-GN-05-003660, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion asking this Court to abate the appeal and stating that the trial court has dismissed the underlying suit filed by appellees. Appellants ask that the cause be abated rather than dismissed until the time has passed for appellees to file a motion to reinstate and the trial court loses plenary power.

We grant the motion and abate the appeal for sixty days. Appellants are ordered to file a report in this Court no later than February 25, 2009, explaining the status of the underlying case and, if appropriate, moving to dismiss the cause.

_____

David Puryear,  Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Abated

Filed:   December 23, 2008